# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 24, 2008

134577

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
       Plaintiff-Appellee,

v

SC: 134577
COA: 270283
Monroe CC: 05-034243-FH

BASIL AUGUSTUS PERRY,
       Defendant-Appellant.

_____/

      On order of the Court, the application for leave to appeal the June 14, 2007 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.

      KELLY, J., would remand this case to the trial court for articulation of the court's basis for scoring offense variable 11.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 24, 2008

_____
Clerk

p0117